COURT EXHIBIT

dtf

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EDWARD ADEDEJI,

                Plaintiff,

    -against-

POLICE OFFICER HODER,

               Defendant.
----------------------------------------------------------X

VERDICT SHEET
09-CV-4046 (CBA)

APR 12 2012

### Excessive Force

1. <u>Liability</u> – Has plaintiff Edward Adedeji proven by a preponderance of the evidence that the defendant John Hoder subjected him to excessive force by pushing or nudging him down a flight of stairs?

    Yes __✓__             No _____

**IF YOUR ANSWER IS "NO," YOUR DELIBERATIONS ARE COMPLETE.**

**IF YOUR ANSWER IS "YES," PLEASE PROCEED TO QUESTION 2.**

2. <u>Compensatory Damages</u> – Please state the total amount, if any, of compensatory damages that plaintiff has proven by a preponderance of the evidence were proximately caused by the violation of the plaintiff's constitutional rights by the defendant.

    $ __None__

**IF YOUR ANSWER IS NONE, PROCEED TO QUESTION 3.**

**IF YOUR MADE AN AWARD OF COMPENSATORY DAMAGES, DO NOT ANSWER QUESTION 3 AND PROCEED TO QUESTION 4.**

3. <u>Nominal Damages</u> – If plaintiff is not entitled to compensatory damages, but his constitutional rights have nevertheless been violated, he is entitled to nominal damages. What amount of nominal damages do you find that he is entitled to?

    $ __1.00__

**PLEASE PROCEED TO QUESTION 4.**

4. <u>Punitive Damages</u> – Has plaintiff Edward Adedeji proven by a preponderance of the evidence that he is entitled to punitive damages against defendant John Hoder?

Yes  ✓          No _____

**IF YOUR ANSWER IS "YES," PLEASE INDICATE IN THE SPACE PROVIDED THE TOTAL AMOUNT OF PUNITIVE DAMAGES TO WHICH PLAINTIFF IS ENTITLED.**

$ 1,000.00

**YOUR DELIBERATIONS ARE COMPLETE.**